ACCEPTED
03-14-00374-CV
3652338
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 3:04:31 PM
JEFFREY D. KYLE
CLERK

CAUSE NO.    03-14-00374-CV

| | | |
|---|---|---|
| **C & M JONES INVESTMENTS LP** | * | **IN THE COURT OF APPEALS** |
| | * | |
| | * | |
| **V.** | * | **THIRD DISTRICT** |
| | * | |
| | * | |
| **DONOVAN THOMAS** | * | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 3:04:31 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes C & M JONES INVESTMENTS LP, Appellee, by and through their attorney of record, who requests that the Court grant an extension of time to file Appellee's Reply Brief and in support shows as follows:

I.

The deadline for filing Appellants' Brief was on January 5, 2015.

II.

Appellee is requesting an extension of 14 days to complete Appellee's Brief because an illness of counsel for Appellee.  Specifically, Appellee's counsel has endured strep throat for about 10 days.   One extension have been filed by Appellant to date.   This is Appellee's third extension for time to file Reply Brief.

WHEREFORE, PREMISES CONSIDERED, Appellants request an extension until January 19, 2015.

1

Respectfully submitted,

Cliff McCormack
Attorney for Appellant
174 S. Guadalupe, Suite 106
San Marcos, Texas 78666
Telephone: 512-353-3803
Fax: 512-353-7483
cliffwmccormack@gmail.com
SBN 00792683

SWORN TO AND SUBSCRIBED TO by Cliff McCormack on the 5th day of January 2015.



Notary Public, State of Texas

DAN MCCORMACK
Notary Public, State of Texas
My Commission Expires
June 01, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been delivered to Donovan Thomason the 5 day of January 2015 via facsimile at 512-398-6040.

Cliff McCormack

## CERTIFICATE OF CONFERENCE

I certify that I have previously conferred or attempted to confer with Donovan Thomas.

Cliff McCormack

2